52,671-11

Marlon Craig Terry #1965291

Hosp-Galveston

P.O. Box 48 Sta, #1

Galveston, Tx. 77550

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 27 2015
Abel Acosta, Clerk

To The Clerk of Criminal Appeals.

Please find enclosed one three page Writ of Mandamus, Please file on my behalf, And bring it to the Court of Criminal Appeals attention, And please give me a Return reply.

Respectfully

Marlon Terry

October 21, 2015

Ex Parte                          *    THE Court of

Marlon Craig Terry, Petitioner    *    Criminal Appeals

                                  *

## Petitioner Writ of Mandamus

To The Honorable Judge of said Court;

Comes now Marlon Terry, hereafter will be known as the Petitioner Requesting the Court of Criminal Appeals to compel the 332 nd Judicial District out of Hidalgo County, Texas to Comply with Article 11.07 Section 3.

### I.

Petitioner submitted by United States mail to the 332 nd District Court one of each, Nunc Pro Tunc filed Dec. 2014, Application of Writ of Habeas Corpus filed 2015, - Memorandum of Law Attached to said Writ same date Aug. 2015; also Petitioner Objects to The State's Response filed Oct. 2015. The Hidalgo County Trial Court 332 nd had ample time to Respond to each complaint.

### II.

Ricardo Rodriguez, Jr. Hidalgo County District Attorney Responded to Petitioner's Writ of Habeas Corpus, Petitioner Responded too the State's Response with His own Objection to the State's Response, and to the Hidalgo Trial Court 332 nd failure too follow Required established Law in Article 11.07 section 3, They failed to answer mTer in the Required 90 days or forward Petitioner's Writ to the Court of Criminal Appeals

## Facts of Law

The Hidalgo County Trial Court 332nd had a duty Required by Law (see Due Process) to answer all of Petitioner's complaints on file in their Court, and has a timely duty to respond to Petitioner's Writ of Habeas Corpus filed in their Court...

Petitioner Constitutional Rights were Violated, when the 332nd Court refused to answer or forward Petitioner's Writ to the Court of Criminal Appeals thats why this Mandamus is Necessary.

"No person shall be subject for the same offense to be twice put in jeopardy of life or limb." See 5TH & 14 Amendments

Hidalgo County Court 332nd Refused to Grant Petitioner 7 days served in Harris County Jail, Petitioner was held due a Capias Warrant from Hidalgo County Court 332nd. See 42.03 2 2(a)

See Guerra -Vs- State 518 SW 2d 815 (Tx. Crim. App. 1988) - Controling -

Petitioner is being punished twice for a 1980 Robbery Conviction which is 35 yrs old conviction that is dead complete & final, because of an unconstitutional Gov't Code 508.149(a), which violates Petitioner's 5TH, 6TH, 8TH and 14 Amendment, 508.149(a) has placed Petitioner in spefic catorgory. See Ex Post Facto, Retroactive Law -
- which is forbiden by US Court. 5TH & 14 Amends.

The Hidalgo County Court 332nd Refuses to hear these issues, they have a duty if not heard by their Court, said Writ and all items pertaining to Article 11.07 should be forward to the Court of Criminal Appeals, which is fact has not been done according to Article 11.07 Sec. 3.

Petitioner has presented his claim of the 7 days jail time, to TDCJ's Time dispute Resolution process, no answer since submitted Petitioner to their Department since 12/25/2014, they have also Refused to answer the CC 147 claims...

-II-

## PRAYER

WHEREFORE Petitioner pray this His Prayer be Granted and all items Nunc Pro Tunc, Writ of Habaes Corpus with Memorandum of Law attached to said Writ, Also Petitioner Objects To The State's Response be mailed to The Court of Criminal Appeals as Required by Article 11.07 Sec 3.

_____
Marlon Terry
Petitioner

### Certificate of Service

I Marlon Terry certify the above facts are true & correct and a copy was mailed to the Court of Criminal Appeals. _Marlon Terry_

Executed on October 21, 2015

-III-